AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB 1 1 2015

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-0205-M |
| Julio Cesar MARQUEZ-Mendez 1974/MXC | ) ) ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  02/10/2015  in the county of   Starr   in the   Southern   District of
  Texas  , the defendant violated    Title 21    U. S. C. §   841 (a) (1), 846  , an offense described as follows:

Knowingly and intentionally possess with intent to distribute approximately 338.5 kilograms of marijuana ,a Schedule II Controlled Substance.
Knowingly and intentionally Conspire to possess with the intent to distribute approximately 338.5 kilograms of marijuana ,a Schedule II Controlled Substance.

This criminal complaint is based on these facts:
SEE ATTACHMENT

☐ Continued on the attached sheet.

OK to file

*Complainant's signature*
Hector Mendez/Task Force Agent-DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/11/2015

*Judge's signature*

City and state:     McAllen, Texas

U.S. Magistrate Dorina Ramos
*Printed name and title*

# ATTACHMENT

On February 10, 2015, while US Border Patrol Agents Adrian Gonzalez, David Montoya and Juan Gomez were assigned to Los Barreras, Texas, were advised by Aerostat 5 operator US Border Patrol Agent Roodwalysmyn Fuentes that he noticed several subjects carrying bundles on their backs walking north from the Rio Grande River. Agent Fuentes then advised Agent Gonzalez, Montoya and Gomez that the subjects were loading the bundles into a green SUV type vehicle (Isuzu Rodeo). Agents Gonzalez, Montoya and Gomez proceeded to the location where the vehicle was being loaded with the bundles. Agent Fuentes then advised the Agents that the vehicle was traveling northbound from the river toward Expressway 83. Agent Montoya, Gonzalez and Gomez were then advised by Agent Fuentes that the vehicle was stationary 100 yard from Expressway 83 on J&A's road. Agents Gonzalez, Montoya and Gomez located the vehicle. As Agents approached the vehicle, they observed a subject later identified as Julio Cesar MARQUEZ-Mendez sitting in the driver's seat. Agents could also clearly see numerous bundles inside of the vehicle. Upon making contact with MARQUEZ, Agents noticed that MARQUEZ was attempting to exit the vehicle, but was apprehended by Agents. A total of 53 rectangular bundles weighing 338.5 kilograms (744.5 pounds) of marijuana were seized. The bundles and MARQUEZ were transported to the US Border Patrol Station in Rio Grande City.

On the same date, TFAs Hector Mendez and Roque Vela made contact with MARQUEZ at the US Border Patrol Station in Rio Grande City. TFA Vela advised MARQUEZ in Spanish of his Miranda right. MARQUEZ then stated that he understood his right and then said in Spanish, that he was just instructed to pick up marijuana at the River and transported north to an undisclosed location. MARQUEZ then stated he was the driver of the vehicle and that's all he had to say. The interview was terminated.